IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DE EDWARDS, M.D., | No. C 07-3102 MEJ |
| Plaintiff(s), | **ORDER VACATING SEPTEMBER 20, 2007 CMC** |
| vs. | **ORDER TO SHOW CAUSE** |
| INTERNAL REVENUE SERVICE, et al., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on September 20, 2007. Upon review of the docket, the Court notes that no joint case management statement has been filed. Further, it appears that the defendants have not been served. Accordingly, the Court VACATES the September 20 CMC. Pursuant to Federal Rule of Civil Procedure 41(b), the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by September 27, 2007, and the Court shall conduct a hearing on October 4, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 17, 2007

MARIA-ELENA JAMES
United States Magistrate Judge