F. Anthony Edwards SBN 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596
Telephone: 925-947-1600
Facsimile: 925-947-1990

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DE EDWARDS, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br>UNITED STATES GOVERNMENT<br>DEPARTMENT OF THE TREASURY,<br>KATHY JAKABCIN, Revenue Officer,<br>and Does I through 50, Inclusive.<br><br>Defendants, | Case No.: C 07-3102 MEJ<br><br>DECLARATION OF F. ANTHONY EDWARDS, ESQ., IN COMPLIANCE WITH COURT ORDER<br><br>FRCP 41(b) |

I, F. Anthony Edwards, Esq., declare as follows:

1.  I am a partner and practicing attorney in the Firm of SEIBEL, FINTA & EDWARDS, LLP, licensed to practice law in all jurisdictions in the state of California. I make this declaration based on my own personal knowledge and if called as a witness to testify as the facts herein, I would and could do so truthfully and competently.

2.  Plaintiff first filed her complaint for a refund, entitled <u>de Edwards v. Internal Revenue Service, et al., Case No. C 06-07116 WHA</u>, on or about November 16, 2006. Pursuant to stipulation by the parties in open court, to allow the IRS time to provide a report detailing the receipt and application of the funds received pursuant to levies, the Honorable Judge Alsup,

FAE Decl in Compliance w/Court Order

1. issued his order, dated March 15, 2007, dismissing the complaint without prejudice. Plaintiff was ordered to re-file on or before July 13, 2007. Attached hereto as Exhibit **"A"** is a true and correct copy of the said order.

3. On or about June 12, 2007, having not received the report from the IRS, Plaintiff re-filed the above-captioned complaint. Thereafter, the IRS assured Plaintiff that the detailed report was forthcoming. Hence, Plaintiff restrained from serving defendants, to allow the IRS to finalize and submit their report.

4. As of the date of this declaration, the IRS has not forwarded the report. Counsel for Plaintiff has asked the IRS to submit a note stating their need for more time. However, the IRS has not responded. Attached hereto as Exhibit **"B"** is a true and correct copy of the said request.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 26, 2007, at Walnut Creek, California.

F. Anthony Edwards, Esq.

FAE Decl in Compliance w/Court Order         2

# EXHIBIT A

Case 3:07-cv-03102-WHA    Document 4    Filed 09/26/2007    Page 3 of 7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON DE EDWARDS, M.D.,

    Plaintiff,

    v.

INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT DEPARTMENT OF THE TREASURY, KATHY JAKABCIN, Revenue Officer, and DOES 1 through 50, inclusive,

    Defendants.

No. C 06-07116 WHA

**ORDER DISMISSING CASE**

By stipulation of all parties, this case is **DISMISSED WITHOUT PREJUDICE** to refiling (and repaying filing fees) on or before **JULY 13, 2007**. This date will not be extended. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE


EXHIBIT A

EXHIBIT B

Case 3:07-cv-03102-WHA     Document 4     Filed 09/26/2007     Page 5 of 7

Law Offices

# LAW OFFICES OF F. ANTHONY EDWARDS

1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, California 94596
Phone (925) 947-1600
Fax (925) 947-1990

### *FACSIMILE TRANSMITTAL MEMORANDUM*

Date          September 26, 2007

To            Lindan Cochran, IRS          Fax 927.4725
                                           Ph. No. 927.4718

From          F. Anthony Edwards, Esq.

<u>DOCUMENTS FAXED:</u>   Letter Re: Update

WE ARE TRANSMITTING A TOTAL OF 3 PAGES INCLUDING THIS TRANSMITTAL MEMORANDUM.

MAIN NUMBER   (925) 947-1600
FAX NUMBER    (925) 947-1990

### **CONFIDENTIALITY NOTE**

This and any accompanying pages contain information from F. Anthony Edwards, of the Law Offices of Seibel, Finta & Edwards, which is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or reading of the contents of this information is prohibited. If you have received this facsimile in error, please notify our office by telephone <u>immediately</u> so that we can arrange for the retrieval of the original documents at no cost to you.

MEMO:

Dear Ms. Cochran,

   I need a note from you stating that you need more time to complete the lien payment analysis. I will need the note today, since the Court is ordering me to show cause why I have not served the IRS with the complaint. I have to submit my declaration by tomorrow. Please call me if you have any questions.

Sincerely,

*[signature]*
F. Anthony Edwards

EXHIBIT __B__

```
                TRANSMISSION VERIFICATION REPORT

                                        TIME   : 09/26/2007 10:31
                                        NAME   : SEIBEL FINTA EDWARDS
                                        FAX    : 9259471990
                                        TEL    : 9259471600
                                        SER.#  : 000A5J420064


DATE,TIME                               09/26  10:31
FAX NO./NAME                            9274725
DURATION                                00:00:20
PAGE(S)                                 02
RESULT                                  OK
MODE                                    STANDARD
                                        ECM
```