IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON DE EDWARDS, M.D.,

    Plaintiff(s),

vs.

INTERNAL REVENUE SERVICE, et al.,

    Defendant(s).

No. C 07-3102 MEJ

**ORDER VACATING ORDER TO SHOW CAUSE**

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

On September 17, 2007, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. The Court is now in receipt of Plaintiff's counsel's declaration, filed September 26, 2007. Good cause appearing, the Court VACATES the OSC hearing scheduled for October 4, 2007. Plaintiff shall serve Defendants within thirty days from the date of this Order. The Court shall conduct a Case Management Conference on December 13, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All dates in the June 13, 2007 Case Management Scheduling Order shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: September 27, 2007

MARIA-ELENA JAMES
United States Magistrate Judge