F. Anthony Edwards SBN 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596
Telephone: 925-947-1600
Facsimile: 925-947-1990

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DE EDWARDS, M.D., FACOG, INC., a corporation, and SHARON DE EDWARDS, M.D., as President and officer of the corporation. <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT DEPARTMENT OF THE TREASURY, KATHY JAKABCIN, JOSEPH SMITH, Revenue Officers, and Does I through 50, Inclusive. <br><br> Defendants, | Case No.: C07-3102 WHA <br><br> PROOF OF SERVICE |

I certify that I am authorized to serve the above-referenced documents in the within action pursuant to F.R.C.P. 4(c) and that I served said documents as follows:

1. <u>Name and Title of person served</u>: Cynthia Stiers, Esq., US Attorney Office

2. <u>Date and Time of delivery</u>: October 16, 2007 at approximately 11:45 a.m.

3. <u>Manner of Service</u>: by personal delivery.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on October 16, 2007, in Walnut Creek, California.

*Dorian Alexander Edwards*

Proof of Service