IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DE EDWARDS, M.D., FACOG, INC., and SHARON DE EDWARDS,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT DEPARTMENT OF THE TREASURY, KATHY JAKABCIN, JOSEPH SMITH, and DOES 1–50, inclusive,<br><br>    Defendants.<br>                                    / | No. C 07-03102 WHA<br><br>**NOTICE OF HEARING** |

    The Court has received plaintiffs' application and motion for a preliminary injunction upon order to show cause. The hearing shall be set for **NOVEMBER 1, 2007**, at **2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: October 18, 2007.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE