SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON DE EDWARDS, M.D.,<br><br>            Plaintiff,<br><br>   v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT DEPARTMENT OF TREASURY, KATHY JAKABCIN, JOSEPH SMITH, and Does 1 through 50, Inclusive,<br><br>            Defendants. | No. C-07-3102-WHA<br><br>**DECLARATION OF CYNTHIA STIER IN SUPPORT OF UNITED STATES' REQUEST FOR APPROVAL TO FILE SUPPLEMENT TO OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:  November 1, 2007<br>Time:  2:00 p.m. |

I, Cynthia Stier, do hereby declare as follows:

    1.    I am an Assistant United States Attorney for the Northern District of California, and in such capacity represent the defendant, the United States of America, in this action. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto. The documents attached hereto were provided to me by the Internal Revenue Service in the course of my defense of this action.

Stier Declaration in Support of
US Request for Approval to File Supplement
to Opposition to Motion for a
Preliminary Injunction ,
C-07-3102-WHA

1
2
3       I declare under penalty of perjury that the foregoing is true and correct to the best of my
4  knowledge.
5       Executed on *October 31, 2007*.
6                                    Respectfully submitted,
7
                                     */S/ Cynthia Stier*
8                                    CYNTHIA STIER
                                     Assistant U.S. Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Stier Declaration in Support of
    US Request for Approval to File Supplement
    to Opposition to Motion for a
    Preliminary Injunction ,
    C-07-3102-WHA                    2