**TOTAL OF TIER #1**
SHOWING A SPECIFIC PAYMENT WAS MADE
TO THE IRS
[AS PROVIDED BY THE OFFICE OF APPEALS]

| EXH NO. | AMOUNT |
|---|---|
| 69 | 145.08 |
| 70 | 133 |
| 106 | 94.5 |
| 107 | 60 |
| 104 | 157 |
| 105 | 47 |
| 103 | 30.8 |
| 101 | 56 |
| 102 | 1668 |
| 100 | 39.6 |
| 99 | 1539.2 |
| 98 | 98 |
| 141 | 113.4 |
| 97 | 204.6 |
| 140 | 113.25 |
| 95 | 184 |
| 96 | 81 |
| 94 | 123 |
| 93 | 129.6 |
| 91 | 142.8 |
| 90 | 46.9 |
| 84 | 95.21 |
| 79 & 92 | 144 |
| 80 | 95 |
| 81 | 276 |
| 82 | 10.13 |
| 83 | 115 |
| 75 | 65 |
| 76 | 107.5 |
| 30-199412 | **6114.57** |
| 46 | 259.28 |
| 42 | 80.1 |
| 41 | 544.28 |
| 118 | 84.36 |
| | 166.35 |
| | 662.18 |
| | 1248.76 |
| | 503.24 |
| | 544.28 |

Exh. 1

| Item | Value |
|---|---|
|  | 80.1 |
|  | 79.45 |
|  | 108.8 |
|  | 823.78 |
|  | 259.28 |
|  | 81.74 |
|  | 518.56 |
|  | 37.5 |
| 21 | 471.4 |
| 117 | 183.71 |
| 116 | 180 |
| 115 | 94 |
| 114 | 82.6 |
| 113 | 41.28 |
| 112 | 293.71 |
| 111 | 95.59 |
| 110 | 95.97 |
| 109 | 173.71 |
| 107 | 157.84 |
| 61 | 483.74 |
| 119 | 113.12 |
| 51 | 1574.6 |
| 53 | 150.92 |
| 52 | 195.53 |
| 60 | 315.47 |
| 121 | 90 |
| 120 | 242.2 |
| 10 | 80.1 |
| 13 | 1688.41 |
| 71 | 80.1 |
| 4 & 62 | 1588.28 |
|  | 790.58 |
|  | 4317.03 |
|  | 4801.27 |
| 58 & 59 | 1192.37 |
| 56 | 21 |
| 2 | 1131.57 |
| 1 | 8057.29 |
|  | 8420.35 |
|  | 4126 |
| 9 | 105 |
| 68 | 2479.71 |
| 35 | 675.85 |
| 36 | 80 |
| 37 | 96.52 |
| 125 | 3855.7 |
| 126 | 2542.9 |
| 19, 27 & 26 | 158.33 |
| 24 & 25 | 96.13 |

| | |
|---:|---:|
| 28 | 54 |
| 29 | 199.09 |
| 18 | 173.06 |
| 131 | 100 |
| 128 | 113.7 |
| 30 | 95.64 |
| 134 | 67.25 |
| 132 & 133 | 624.35 |
| 123 | 727.66 |
| 122 | 2917.9 |
| 124 | 146.84 |
| 142 | 2337.73 |
| 176, 177 & 311 | 624.38 |
| 143 | 2493.94 |
| 155 | 66.82 |
| 148 | 104.49 |
| | 134.35 |
| | 171.21 |
| | 165 |
| | 4.04 |
| 149 | 191.38 |
| 147, 422 &423 | 1520.9 |
| 165 | 2061.1 |
| 174, 309 & 310 | 108.94 |
| 230, 294 & 295 | 964.14 |
| 290, 291 292, 296 & 421 | 740.61 |
| 199 | 80.1 |
| 201 | 226.24 |
| 269 & 270 | 373.42 |
| 271 & 272 | 37.8 |
| 372, 374 409, 412 413, 414 & 415 | 275.04 |
| 467 & 468 | 598.04 |
| 462 & 463 | 614.08 |
| 518, 519 & 520 | 1067.16 |
| 494 & 495 | 37.5 |
| 532 | 9 |
| 505 | 65 |
| 507, 534 & | |

| | |
|---|---|
| 539 | 186.5 |
| 508, 509 | |
| 510, 511 & 581 | |
| | 348.64 |
| 613 | 199.94 |
| 551 & 552 | 624.38 |
| 554 | 2150 |
| 553 | 1695 |
| 555 | 544.28 |
| 567 | 301.99 |
| | 93.63 |
| 547a | 335.28 |
| 547c | 282.01 |
| 547e | 108.7 |
| 547f | 115.04 |
| 547i | 166.3 |
| 547k | 501.62 |
| 547m | 301.69 |
| 561 | 178.16 |
| | 95 |
| | 101.54 |
| | 20 |
| 612 | 273.81 |
| 609 | 200.31 |
| 576 & 786 | 136.02 |
| 787 | 136.02 |
| 604 | 560.74 |
| 610 | 126.97 |
| 592 | 135.06 |
| 695 | 135.38 |
| 571 | 246.5 |
| | 126.01 |
| 585 | 131.9 |
| 593 | 129.54 |
| 595 | 265.38 |
| 693 | 63.97 |
| | 115 |
| | 180.93 |
| | 139.05 |
| | 275.04 |
| | 121.01 |
| | 258.6 |
| | 165.93 |
| 699 | 80.1 |
| 628 | 540.28 |
| | 687.33 |

| | |
|---|---|
| 705 | 87.39 |
| 709 | 698.27 |
| 605 | 624.38 |
| 691 | 80.26 |
| | 299.56 |
| | 153.63 |
| | 157.45 |
| | 231.91 |
| | 249.64 |
| | 121.01 |
| | 255.06 |
| | 87 |
| | 136.01 |
| | 175.26 |
| 606 | 850.48 |
| 623 | 155.95 |
| 658 | 624.38 |
| 622 | 480.64 |
| 620 | 916.28 |
| 721 | 2669.89 |
| 644 | 80.1 |
| 731 | 127.5 |
| 652 | 244.28 |
| 730 | 272.75 |
| 680 | 238.97 |
| 681 | 579.82 |
| 668 | 270.16 |
| 671 | 404.92 |
| | **102647.4** |