TIER #1

CHECKS PAID TO THE IRS THAT THE IRS COUNTED AS DUPLICATE
AND DID NOT APPLY AS PAYMENT TO THE CORPORATION'S TAX LIABILIT

| EXH NO. | CHECK NO. | AMOUNT | CHECKS PAID TO THE IRS THAT THE THAT THE IRS OMMITTED AS DUPLICATE AND DID NOT APPLY AS PAYMENTS |
|---|---|---|---|
| 58 | G527339 | 1192.37 | |
| 59 | G526593 | 1192.37 | 1192.37 |
| 26 | G547547 | 158.55 | |
| 27 | G546371 | 158.55 | 158.55 |
| 24 | G545880 | 96.13 | |
| 25 | G545297 | 96.13 | 96.13 |
| 177 | G575001 | 624.38 | |
| 176 | G574199 | 624.38 | 624.38 |
| 422 | G597626 | 1520.9 | |
| 423 | G599182 | 1520.9 | 1520.9 |
| 309 | G613539 | 108.94 | |
| 310 | G617415 | 108.94 | 108.94 |
| 294 | G627380 | 964.14 | |
| 295 | G625991 | 964.14 | 964.14 |
| 290 | G631664 | 740.61 | |
| 291 | G629190 | **108.94** | **108.94** |
| 292 | G628162 | **631.97** | **631.97** |
| 269 | G645699 | 373.42 | |
| 270 | G647423 | 373.42 | 373.42 |
| 271 | G647025 | 37.8 | |
| 272 | G648173 | 37.8 | 37.8 |
| 415 | **G673231** | 75.1 | 75.1 |
| 413 | **G672134** | 162.14 | 162.14 |
| 414 | **G670079** | 37.8 | 37.8 |
| 467 | G680976 | 598.04 | |
| 468 | G682740 | 598.04 | 598.04 |
| 462 | G683607 | 614.08 | |
| 463 | G685819 | 614.08 | 614.08 |
| 519 | G693487 | 1067.16 | |
| 520 | G691879 | 1067.16 | 1067.16 |
| 494 | G210358 | 37.3 | |
| 495 | G211885 | 37.3 | 37.3 |
| 507 | G247427 | 186.5 | |
| 539 | G249265 | 186.5 | 186.5 |
| 509 | **G266492** | 162.14 | 162.14 |
| 510 | **G264246** | 186.5 | 186.5 |
| 551 | G298302 | 624.38 | |
| 552 | G300722 | 624.38 | 624.38 |
| **604** | G335429 | 560.74 | |
| | G341428 | 560.74 | 560.74 |
| **699** | G360664 | 80.1 | |
| | G356160 | 80.1 | 80.1 |
| **705** | G362397 | 87.39 | |





CONTR.   OSCSeCOUN
Stephen Y    ra, County Auditor - Controller
625 Cour    reet
Martinez, CA 94553
(925) 646-2191

G389526

| VENDOR NAME DE EDWARDS, SHARON MD | VENDOR NO. 67561 | CHECK DATE 09/14/06 | CHECK NO. 389526 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 08/13/06 | 00291288 09/14/06 318196 | | | .00 | 186.50 |
| | | | TOTAL: | .00 | 186.50 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G389526

Date:   09/14/06          Pay Amount:   ************$186.50

Pay      *One hundred eighty six and 50/100 Dollars*

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Vendor No: 67561

VOID SIX
MONTHS AFTER
DATE OF ISSUE

To The
Order Of   DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY    00000

*Stephen Ybarra*
Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

⑈880⑈389526⑈ ⑆121000248⑆ 4225 027614⑈          ⑈00000186650⑈

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

G395035

| VENDOR NAME | | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | 19584 | 10/04/06 | 395035 | | |
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 10/03/06 | DE EDWARDS 680377910 LEVY | | | .00 | 272.75 | |
| | | | TOTAL: | .00 | 272.75 | |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G395035

Date:  10/04/06          Pay Amount:  ************$272.75

Pay     *Two hundred seventy two and 75/100 Dollars*

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

To The     INTERNAL REVENUE SERVICE
Order Of   185 LENNON LANE
           WALNUT CREEK, CA   94598

*Stephen Ybarra*
Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

| VENDOR NAME | | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| DE EDWARDS, SHARON MD | | 67561 | 08/21/06 | 382048 | | |
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 11/27/04 | 00287212 08/21/06 306787 | | | .00 | 80.10 | |
| | | | TOTAL: | .00 | 80.10 | |

---

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.:
G382048

Date:   08/21/06          Pay Amount:   ·············$80.10

Pay    *Eighty and 10/100 Dollars*

Vendor No: 67561

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

To The
Order Of    DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY    00000

*Stephen Ybarra*
Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

| VENDOR NAME<br>INTERNAL REVENUE SERVICE | VENDOR NO.<br>19584 | CHECK DATE<br>08/31/06 | CHECK NO.<br>385126 | REMITTANCE ADVICE |
|---|---|---|---|---|
| **INVOICE DATE** | **DESCRIPTION** | **OUR ORDER NO.** | **DISCOUNT TAKEN** | **NET AFTER DISCOUNT** |
| 08/30/06 | DEEDWARDS 680377910 LEVY | | .00 | 80.10 |
| | | TOTAL: | .00 | 80.10 |

---

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA. 94553

Check No.
G385126

Date:  08/31/06        Pay Amount:  *************$80.10

Pay    *Eighty and 10/100 Dollars*

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

To The    INTERNAL REVENUE SERVICE
Order Of  185 LENNON LANE
          WALNUT CREEK, CA   94598

*Stephen Ybarra*
Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

DESCRIPTION:
00285181    08/08/06    308478

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank,
Main Street
Martinez, CA. 94553

Check No.
G378643

Date:  08/08/06          Pay Amount:      ***********$480.64

Pay    Four hundred eighty and 64/100 Dollars

Vendor No: 67561

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

VOID SIX
MONTHS AFTER
DATE OF ISSUE

To The
Order Of    DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY    00000

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

⑈880137 8643⑈ ⑆121000248⑆ 4225 027614⑈          ⑈00000480 64⑈

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 19584 | 08/14/06 | 380213 | |

| INVOICE DATE | DESCRIPTION | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
|---|---|---|---|---|
| 08/14/06 | DE EDWARDS 680377910 LEVY | | .00 | 480.64 |
| | | TOTAL: | .00 | 480.64 |

---

**THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK**

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G380213

Date:  08/14/06         Pay Amount:  ***********$480.64

Pay     *Four hundred eighty and 64/100 Dollars*

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

To The
Order Of
INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA   94598

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

G376837

| INVOICE DATE | VENDOR NAME DE EDWARDS, SHARON MD | VENDOR NO. 67561 | CHECK DATE 08/03/06 | CHECK NO. 376837 | REMITTANCE ADVICE |
| --- | --- | --- | --- | --- | --- |
| | DESCRIPTION | | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOU |
| 12/18/04 | 00284665 08/03/06 311993 | | | | .00 | 624.3 |
| | | | | TOTAL: | .00 | 624.38 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G376837

Date: 08/03/06

Pay Amount: ·············$624.38

Pay

*Six hundred twenty four and 38/100 Dollars*

Vendor No: 67561

To The
Order Of
DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY    00000

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Stephen Ybarra
COUNTY AUDITOR - CONT

**CONTRA COSTA**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 19584 | 08/10/06 | 379053 | |

| INVOICE DATE | DESCRIPTION | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
|---|---|---|---|---|
| 08/10/06 | DE EDWARDS 680377910 LEVY | | .00 | 624.38 |
| | | TOTAL: | .00 | 624.38 |

---

THE FACE OF THIS CHECK IS PRINTED BLUE -- THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA. 94553

Check No.
G379053

Date:  08/10/06        Pay Amount:  ************$624.38

Pay    *Six hundred twenty four and 38/100 Dollars*

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

To The
Order Of
INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA   94598

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

| VENDOR NAME<br>DE EDWARDS, SHARON MD | | VENDOR NO.<br>67561 | CHECK DATE<br>07/25/06 | CHECK NO.<br>373721 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 10/23/05 | 00283202 07/25/06 310730 | | | | .00 | 624.38 |
| | | | | TOTAL: | .00 | 624.38 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA. 94553

Check No.
G373721

Date:  07/25/06        Pay Amount:   ************$624.38

Pay    *Six hundred twenty four and 38/100 Dollars*

Vendor No: 67561

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

VOID SIX
MONTHS AFTER
DATE OF ISSUE

To The
Order Of    DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY    00000

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

| VENDOR NAME INTERNAL REVENUE SERVICE | VENDOR NO. 19584 | CHECK DATE 07/28/06 | CHECK NO. 375028 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 07/27/06 | DE EDWARDS 680377910 LEVY | | | .00 | 624.38 |
| | | TOTAL: | | .00 | 624.38 |

---

**THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK**

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA. 94553

Check No.
G375028

Date:   07/28/06          Pay Amount:   ************$624.38

Pay    *Six hundred twenty four and 38/100 Dollars*

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

To The
Order Of    INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA    94598

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

G362397

| VENDOR NAME<br>DE EDWARDS, SHARON MD | VENDOR NO.<br>.67561 | CHECK DATE<br>06/21/06 | CHECK NO.<br>362397 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 05/10/06 | 00278124 06/21/06 308478 | | | .00 | 87.39 |
| | | TOTAL: | | .00 | 87.39 |

---

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G362397

Date:   06/21/06          Pay Amount:   *************$87.39

Pay   *Eighty seven and 39/100 Dollars*

Vendor No: 67561

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

To The
Order Of   DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY   00000

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

CONTRA COSTA COUNTY
Stephen Ybarra, Case 3:07-cv-03102-WHA    Document 21    Filed 11/01/2007    Page 13 of 27
County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191
G364173

| VENDOR NAME INTERNAL REVENUE SERVICE | | VENDOR NO. 19584 | CHECK DATE 06/29/06 | CHECK NO. 364173 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 06/29/06 | DE EDWARDS 680377910 LEVY | | | .00 | 87.39 | |
| | | | TOTAL: | .00 | 87.39 | |

**THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK**

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G364173

Date:   06/29/06        Pay Amount:   *************$87.39

Pay   *Eighty seven and 39/100 Dollars*

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

*Stephen Ybarra*

To The
Order Of
INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA   94598

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

| VENDOR NAME INTERNAL REVENUE SERVICE | | VENDOR NO. 19584 | CHECK DATE 06/19/06 | CHECK NO. 360664 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 06/19/06 | DE EDWARDS 680377910 LEVY | | | | .00 | 80.10 |
| | | | | TOTAL: | .00 | 80.10 |

---

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G360664

Date: 06/19/06      Pay Amount: ************$80.10

Pay    *Eighty and 10/100 Dollars*

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

To The
Order Of    INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA    94598

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

⑈880⑆360664⑈  ⑆⑆⑈⑆2⑈8⑈  ⑆335 0335⑈⑈⑈

**CONTRA COSTA COUNTY**
625 Court Street
Martinez, CA 94553
(925) 646-2191

G356160

| VENDOR NAME | | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| DE EDWARDS, SHARON MD | | 67561 | 06/07/06 | 356160 | | |
| INVOICE DATE | DESCRIPTION | | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 09/18/02 | 00275934 06/07/06 311332 | | | | .00 | 80.10 |
| | | | | TOTAL: | .00 | 80.10 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G356160

Date: 06/07/06        Pay Amount:  ************$80.10

Pay    *Eighty and 10/100 Dollars*

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Vendor No: 67561

VOID SIX
MONTHS AFTER
DATE OF ISSUE

To The
Order Of    DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY    00000

*Stephen Ybarra*
Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

⑈880135616⑈ ⑆121000248⑆ 4225 0225⑈

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street Case 3:07-cv-03102-WHA    Document 21    Filed 11/01/2007    Page 16 of 27
Martinez, CA 94553
(925) 646-2191

G264246

| VENDOR NAME DE EDWARDS, SHARON MD | VENDOR NO. 67561 | CHECK DATE 08/25/05 | CHECK NO. 264246 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 06/01/05 | 00237522 08/25/05 600379 | | | .00 | 186.50 |
| | | | TOTAL: | .00 | 186.50 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G264246

Date: 08/25/05

Pay Amount: ***********$186.50

Pay

One hundred eighty six and 50/100 Dollars

Vendor No: 67561

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

VOID SIX
MONTHS AFTER
DATE OF ISSUE

To The
Order Of DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY   00000

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

570

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

**G298302**

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| DE EDWARDS, SHARON MD | 67561 | 12/19/05 | 298302 | | |
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 11/13/05 | 00251891 12/19/05 306787 | | | .00 | 624.38 |
| | | | TOTAL: | .00 | 624.38 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

| | | | Check No. |
|---|---|---|---|
| | 11-24/225 | Wells Fargo Bank | G298302 |
| | 1210(8) | Main Street | |
| | | Martinez, CA 94553 | |

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

Date:  12/19/05        Pay Amount: ***********$624.38

Pay    *Six hundred twenty four and 38/100 Dollars*

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Vendor No: 67561

VOID SIX
MONTHS AFTER

Stephen Ybarra

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

G300722

| VENDOR NAME INTERNAL REVENUE SERVICE | | VENDOR NO. 19584 | CHECK DATE 12/28/05 | CHECK NO. 300722 | REMITTANCE ADVIC | |
|---|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCO |
| 12/28/05 | DE EDWARDS 680377910 LEVY | | | | .00 | 624 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL: | | .00 | 624.38 |

---

THE FACE OF THIS CHECK IS PRINTED BLUE · THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G300722

Date:  12/28/05

Pay Amount:  ···········$624.38

Pay

*Six hundred twenty four and 38/100 Dollars*

Vendor No: 19584

To The
Order Of    INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA   94598

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor
625 Court Street
Martinez, CA 94553
(925) 646-2191

G249265

| VENDOR NAME INTERNAL REVENUE SERVICE | VENDOR NO. 19584 | CHECK DATE 07/13/05 | CHECK NO. 249265 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 07/13/05 | DE EDWARDS 680377910 LEVY | | | .00 | 186.50 |
| | | | TOTAL: | .00 | 186.50 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24-225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G249265

Date: 07/13/05        Pay Amount:  ·············$186.50

Pay    One hundred eighty six and 50/100 Dollars

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITOR'S REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

To The
Order Of
INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA  94598

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

539

Stephen Ybarra, County Auditor - Controller
625 Court Street Case 3:07-cv-03102-WHA    Document 21    Filed 11/01/2007    Page 20 of 27
Martinez, CA 94553
(925) 646-2191

G270140

| VENDOR NAME INTERNAL REVENUE SERVICE | VENDOR NO. 19584 | CHECK DATE 09/16/05 | CHECK NO. 270140 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 09/15/05 | DE EDWARDS 680377910 LEVY | | | .00 | 348.64 |
| | | | TOTAL: | .00 | 348.64 |

**THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK**

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G270140

Date:  09/16/05          Pay Amount:  ***********$348.64

Pay    *Three hundred forty eight and 64/100 Dollars*

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Vendor No: 19584

To The
Order Of
INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA  94598

VOID SIX
MONTHS AFTER
DATE OF ISSUE

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER



CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor
625 Court Street
Martinez, CA 94553
(925) 646-2191

| VENDOR NAME | | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| DE EDWARDS, SHARON MD | | 67561 | 09/06/05 | 266492 | | |
| INVOICE DATE | DESCRIPTION | | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 08/03/05 | 00238824 09/06/05 600098 | | | | .00 | 162.14 |
| | | | | TOTAL: | .00 | 162.14 |

**THE FACE OF THIS CHECK IS PRINTED BLUE – THE BACK CONTAINS A SIMULATED WATERMARK**

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G266492

Date:  09/06/05          Pay Amount:  ************S162.14

Pay     *One hundred sixty two and 14/100 Dollars*

Vendor No: 67561

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

VOID SIX
MONTHS AFTER
DATE OF ISSUE

To The   DE EDWARDS, SHARON MD
Order Of   LEVY DO NOT PAY
LEVY DO NOT PAY   00000

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER



| VENDOR NAME DE EDWARDS, SHARON MD | VENDOR NO. 67561 | CHECK DATE 09/03/04 | CHECK NO. 645699 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 05/26/04 | 00191572 09/03/04 312868 | | | .00 | 217.72 |
| 06/18/04 | 00191304 09/03/04 600171 | | | .00 | 155.70 |
| | | | TOTAL: | 269 .00 | 373.42 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor-Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

Check No. G645699

Date: 09/03/04    Pay Amount: *******$373.42

Pay: Three hundred seventy three and 42/100 Dollars

Vendor No. 67561

DE EDWARDS, SHARON MD

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

| VENDOR NAME INTERNAL REVENUE SERVICE | | VENDOR NO. 19584 | CHECK DATE 09/10/04 | CHECK NO. 647423 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 09/09/04 | DE EDWARDS 680377910 LEVY | | | .00 | 373.42 | |
| | | | | | | |
| | | | | | | 270 |
| | TOTAL: | | | .00 | 373.42 | |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

Check No. G647423

Date: 09/10/04    Pay Amount: $373.42

Pay    Three hundred seventy three and 42/100 Dollars

Vendor No. 19584

To the order of    INTERNAL REVENUE SERVICE

**CONTRA COSTA COUNTY**
Stephen Ybarra,
625 Court Street
Martinez, CA 94553
(925) 646-2191

G647025

| VENDOR NAME | | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| DE EDWARDS, SHARON MD | | 67561 | 09/08/04 | 647025 | | |
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 05/27/04 | 00192019 09/08/04 312868 | | | .00 | 37.80 | |
| | | | | | 271 | |
| | | TOTAL: | | .00 | 37.80 | |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

Check No.
G647025

Date: 09/08/04      Pay Amount: $37.80

Pay: *Thirty seven and 80/100 Dollars*

Vendor No. 67561

DE EDWARDS, SHARON MD

**CONTRA COSTA COUNTY**
Stephen Ybarra,
625 Court Street
Martinez, CA 94553
(925) 646-2191

G648173

| VENDOR NAME | | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | 19584 | 09/13/04 | 648173 | | |
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 09/13/04 | DE EDWARDS 680377910 LEVY | | | .00 | 37.80 | |
| | | | | | | |
| | | | TOTAL: | .00 | 37.80 | |

272

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G648173

Date:  09/13/04      Pay Amount:      $37.80

Pay    Thirty seven and 80/100 Dollars

Vendor No. 19584

To the
Order of    INTERNAL REVENUE SERVICE
            185 LENNON LANE
            WALNUT CREEK, CA  94598

COUNTY AUDITOR - CONTROLLER

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

G674013

| VENDOR NAME INTERNAL REVENUE SERVICE | | VENDOR NO. 19584 | CHECK DATE 12/06/04 | CHECK NO. 674013 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 12/03/04 | DE EDWARDS 680377910 LEVY | | | .00 | 275.04 | |
| | | | | | | |
| | | | | | 412 | |
| | | TOTAL: | | .00 | 275.04 | |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

71-24225
4210(6)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G674013

Date: 12/06/04    Pay Amount **275.04

Pay    Two hundred seventy five and 04/100 Dollars

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES ASITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

Vendor No: 19584

VOID SIX
MONTHS AFTER
DATE ISSUED

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

To the INTERNAL REVENUE SERVICE
Order of    165 LENNON LANE
WALNUT CREEK CA 94598

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

| VENDOR NAME | | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| DE EDWARDS, SHARON MD | | 67561 | 12/01/04 | 673231 | | |
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 10/13/04 | 00202484 12/01/04 602193 | | | .00 | 75.10 | |
| | | | | | | |
| | | | TOTAL: | .00 | 75.10 | |

415

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

Wells Fargo Bank
(1100)
Main Street
Martinez, CA 94553

Check No.
673231

Date: 12/01/04        Pay Amount:        $75.10

Pay        Seventy-five and 10/100 Dollars

Vendor No: 67561

TO THE   DE EDWARDS, SHARON MD
ORDER OF: 151 SONSI WAY
         CHEVRON PARK, T-00608

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER