TOTAL OF TIER #2
AMOUNTS ATTACHED BY LEVY, TAXING AGENCY NOT SPECIFIED
ALL FTB AND EDD LEVIES AND/OR LIENS ARE NOT LISTED
[AS PROVIDED BY THE OFFICE OF APPEALS]

| EXH NO | AMOUNT |
|---|---|
| 40 | 272.31 |
| 73 | 138.43 |
| 74 | 88.01 |
| 14 | 3320 |
| 15 | 39.23 |
| 64 | 224.85 |
| 66 | 2200.73 |
| 67 | 486.45 |
| 63 | 152.59 |
| 65 | 300.83 |
| 39 | 896.52 |
| 20 | 259.94 |
| 17 | 89.01 |
| 127 | 3230.09 |
| 144 | 1790.65 |
| 164 | 82.61 |
| 170 | 550.49 |
| 138 & 324 | 223 |
| 158 | 274.34 |
| 145 | 174.73 |
| 159 | 170 |
| 157 | 396.4 |
| 175 | 304.22 |
| 160 | 155.28 |
| 146 | 983.92 |
| 168 | 45.28 |
| 169 | 135.36 |
| 167 | 658.67 |
| 185 | 176.05 |
| 153 | 94.41 |
| 152 | 208.98 |
| 150, 227 242 & 320 | 79.54 |
| 162 | 132.77 |
| 163 | 166.05 |
| 161 | 124.87 |
| 151 & 313 | 99.94 |
| 166 | 2200.73 |
| 172 | 41.85 |
| 173, 194 225 & 288 | 236.22 |
| 314 | 69.01 |
| 312 | 459.8 |

Exh. 3

1 of 6

| | |
|---|---|
| 299 & 329 | 121.32 |
| 286 | 187.79 |
| 331 | 173.22 |
| 315 & 326 | 193.65 |
| 228, 293 | |
| 297 & 328 | 1646.62 |
| 227 | 1276.12 |
| 323 | 11.76 |
| 320 | 93.11 |
| 196, 226 | |
| 228, 241 | |
| 287 & 322 | 2294.52 |
| 321 | 89.54 |
| 330 | 93.83 |
| 285 | 89.01 |
| 289 | 73.91 |
| 243 | 151.32 |
| 298 | 152.41 |
| 316 | 55.25 |
| 318 | 108.16 |
| 332 | 79.01 |
| 229 | 490.86 |
| 227 | 793.94 |
| 195, 224 & 527 | 95.59 |
| 193, 223 | 235.06 |
| 232 7 531 | 104.59 |
| 231 | 115.46 |
| 192 & 222 | 2200.73 |
| 383 | 167.45 |
| 278 | 84 |
| 277 | 117.25 |
| 276 | 311.36 |
| 238 & 239 | 492.76 |
| 237 | 168.81 |
| 235 | 100.32 |
| 257 & 258 | 1625.42 |
| 233 & 265 | 1495.84 |
| 234 | 109.01 |
| 240 | 84.54 |
| 171, 333 | |
| 369 & 392 | 841.29 |
| 267 & 335 | 200.54 |
| 279 | 342.81 |
| 279C | 69.01 |
| 266 | 159.21 |
| 274 | 78.24 |
| 273 | 124.69 |
| 264 | 190.06 |
| 275 | 89.01 |
| 256 & 334 | 285.74 |
| 255 | 244.01 |

296

| | |
|---|---|
| 259 & 420 | 102.66 |
| 426 | 89.75 |
| 395 | 69.01 |
| 246 | 353.04 |
| 245 | 74.12 |
| 389 | 580.03 |
| 408 | 4.5 |
| 394 | 69.01 |
| 388 | 169.65 |
| 345 & 388 | 169.65 |
| 390 | 700.92 |
| 244 | 158.16 |
| 341 | 10 |
| 381 | 119.95 |
| 359 & 417 | 2200.73 |
| 346 | 89.01 |
| 360 | 1540.51 |
| 361 | 39.8 |
| 403 | 2256.77 |
| 406 | 353.15 |
| 357 & 470 | 116.33 |
| 358 | 970.7 |
| 476 | 186.29 |
| 477 | 95.03 |
| 481 | 164.84 |
| 484 | 186.05 |
| 469 | 83.78 |
| 466 | 457.58 |
| 465 | 80.91 |
| 356 & 464 | 164.08 |
| 453 | 482.1 |
| 347 | 148.15 |
| 353 | 832.38 |
| 344 | 171.05 |
| | 94.41 |
| | 156.05 |
| 517 | 158.67 |
| **516** | 271.05 |
| 515 | 232.09 |
| 514 | 193.2 |
| 513 | 25.85 |
| 537 | 209.97 |
| 538 | 155.79 |
| 506 | 124.87 |
| 533 | 375.97 |
| 616 | 104.25 |
| 617 | 133.4 |
| 614 | 188.71 |
| 615 | 140.74 |
| 544 | 197.02 |
| 543 | 136.56 |
| 557 | 140.74 |

396

| | |
|---|---|
| 558 | 2938.13 |
| 570 | 274.83 |
| 569 | 129.61 |
| 563 | 453.37 |
| 542 | 204.95 |
| 568 | 218.74 |
| 562 | 72.1 |
| 565 | 160 |
| 559 | 151.11 |
| 564 | 105.75 |
| 560 | 125.14 |
| 556 | 7 |
| 566 | 95.92 |
| 575 | 58.42 |
| 589 | 305.56 |
| 574 | 99.61 |
| 577 & 688 | 133.65 |
| 578 | 392.06 |
| 588 | 1998.31 |
| 579 | 205.45 |
| 573 | 223.44 |
| 572 | 90 |
| 586 | 191.06 |
| 591 | 8 |
| 587 | 246.31 |
| 580 | 255.35 |
| 590 | 356.06 |
| 583 & 635 | 285.69 |
| 584 & 744 | 162.7 |
| 598 | 125.65 |
| 599, 643 & 708 | 533.07 |
| 596 & 743 | 186.06 |
| 597 | 8 |
| 763 | 1912.67 |
| 758 | 240.12 |
| 757 | 587.01 |
| 698 | 449.78 |
| 697 | 2056.46 |
| 694 | 90.18 |
| 696 | 414.97 |
| 703 | 95.2 |
| 702 | 274.14 |
| 700 | 382.12 |
| 701 | 2011.06 |
| 704 | 407.18 |
| 607 | 415.87 |
| 608 | 130.73 |
| 625 | 2026.07 |
| 626 | 443.89 |
| 603 | 322.1 |
| 602 | 494.03 |

4 of 6

| | |
|---|---|
| 601 | 111.31 |
| 687 | 641.89 |
| 627 | 258.05 |
| 707 | 491.79 |
| 706 | 220.81 |
| 689 | 119.65 |
| 692 | 126.36 |
| 690 | 352.46 |
| 657 | 183.68 |
| 621 & 650 | 342.47 |
| 630 | 178.68 |
| 629 | 1880.94 |
| 634 | 333.39 |
| 631 | 239.61 |
| 632 | 145.26 |
| 636 & 742 | 331.56 |
| 633 | 124.48 |
| 673 | 10 |
| 723 | 93.24 |
| 724 | 9 |
| 722 & 735 | 400.28 |
| 717, 719 & 759 | 119.65 |
| 651 | 129.26 |
| 642 | 84.05 |
| 641 | 156.48 |
| 640 | 235.3 |
| 639 | 183.68 |
| 637 | 1831.02 |
| 655 | 382.05 |
| 656 | 124.48 |
| 638 | 93.52 |
| 646 | 147.92 |
| 716 & 720 | 1562.48 |
| 659 | 142.01 |
| 660 | 107.03 |
| 665 & 727 | 199.89 |
| 728 | 144.48 |
| 734 | 183.68 |
| 726 | 119.26 |
| 725 | 115.4 |
| 672 & 677 | 119.65 |
| 676 | 126.31 |
| 679 | 288.16 |
| 678 | 153.68 |
| 789 | 161.85 |
| 684 | 2081.33 |
| 685 | 218.68 |
| 666 | 351.52 |
| 669 | 292.57 |
| 683 | 129.48 |
| 686 | 208.53 |

5 of 6

| | |
|---|---:|
| 670 | 346.81 |
| 663 | 20 |
| 756 | 927.27 |
| 661 | 114.95 |
| 662 | 134.05 |
| 737 | 9 |
| 738 | 112.53 |
| 740 | 304.86 |
| 739 | 68.7 |
| 733 | 233.68 |
| 715 & 745 | 288.78 |
| 741 | 109.65 |
| 762 | 203.68 |
| 732 | 13 |
| 761 | 344.91 |
| 760 | 82.68 |
| 770 | 127.92 |
| 775 | 433.74 |
| 771 | 197.68 |
| 776 | 259.65 |
| 773 | 168.52 |
| 772 | 105.98 |
| 768 | 114.65 |
| 764 | 173.68 |
| 799 | 596.18 |
| 769 | 256.59 |
| 767 | 595.09 |
| 765 | 44.6 |
| 766 | 128.48 |
| 802 | 8 |
| 801 | 233.95 |
| 800 | 1097.25 |
| 7 | 169.14 |

**104740**