**TOTAL OF ATTACHMENT #4**

SHOWING VENDORS STATEMENTS THAT PAYMENT WAS MADE
TO IRS, SOME EXHIBITS HAVE CANCELLED CHECKS MADE OUT
TO IRS, BUT WITH NO IRS ENDORSEMENT AND WITH SOME TYPE OF SIGNATURE
[ AS PROVIDED BY THE OFFICE OF APPEALS]

| TIER #1 | | TIER #2 | |
|---|---|---|---|
| EXH NO. | AMOUNT | EXH NO | AMOUNT |
| 5 | 75.76 | 774 | 49.61 |
| 3 | 177.49 | 797 | 120.16 |
| 6 | 115.71 | | |
| 522, 523 525 & 526 | 624.38 | | **169.77** |
| 523 | 704.48 | | |
| 619 | 95.46 | | |
| 618 | 105 | | |
| 541 | 153.16 | | |
| 645 | 799.67 | | 167.77 |
| 674 | 3495.07 | | 12277.43 |
| 729 | 2253.97 | | **12445.2** |
| 675 | 238.6 | | |
| 667 | 189.64 | | |
| 664 | 446.08 | | |
| 755 | 131.01 | | |
| 754 | 318.94 | | |
| 752 | 99.38 | | |
| 718 | 1445.07 | | |
| 600 | 688.4 | | |
| 798 | 120.16 | | |
| | **12277.43** | | |

*Exh. 4*

# EXPLANATION OF BENEFITS

Vendor: UNITED STATES TREASURY
c/o SUTTER CONNECT
PO BOX 254887
SACRAMENTO, CA 95865-4887 (800) 470-0071

EAST COUNTY MEDICAL GROUP
185 LENNON LANE, SUITE 200
WALNUT CREEK, CA 94598

Check Number: 1 - 113039

Date Paid : 10/23/2003

Provider : 1046 - SHARON DE EDWARDS

| MEMBER NAME | MEMBER ID | HP | CLAIM NUMBER | ACCOUNT # | DOS | CPT+MOD | QTY | BILLED | ALLOWED | COPAY | ADJUST | INT | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DFEE,JUANITA C | 551346783FM1 | SP | 200309041260185 | 4948HMO1 | 08/28/2003 | 99244- | 1 | 185.00 | 167.84 | 20.00 | 0.00 | 0.00 | 147.8 |
| CLAIM TOTALS: | | | | | | | | 185.00 | 167.84 | 20.00 | 0.00 | 0.00 | 147.8 |
| SSS,VIOLA M | 458302855FM1 | SP | 200309041260182 | 2124HMO1 | 07/31/2003 | 99213- | 1 | 60.00 | 49.65 | 20.00 | 0.00 | 0.00 | 29.6 |
| CLAIM TOTALS: | | | | | | | | 60.00 | 49.65 | 20.00 | 0.00 | 0.00 | 29.6 |
| 2 Claim Master records for: SHARON DE EDWARDS | | | | | | | | $245.00 | 217.49 | $40.00 | $0.00 | 0.00 | 177.49 |
| 2 Claim Detail records for: SHARON DE EDWARDS | | | | | | | | $245.00 | 217.49 | $40.00 | $0.00 | 0.00 | 177.49 |
| Master Claim records for : UNITED STATES TREASURY | | | | | | | | | | | | | |
| Detail Claim records for : UNITED STATES TREASURY | | | | | | | | | | | | | |

3

WOMEN'S PRIMARY HEALTH PHYSICIANS
DIABLO VALLEY
37 QUIAL COURT, SUITE 301
WALNUT CREEK, CA 94596

BANK OF WALNUT CREEK
WALNUT CREEK, CA 94596
90-3801-1211

555

10/28/2003

PAY TO THE
ORDER OF    Internal Revenue Service

$ **115.74

One Hundred Fifteen and 74/100************************************************************************ DOLLARS

Internal Revenue Service
185 Lennon Lane
Walnut Creek, CA 94598

MEMO    Levy Against Sharon DeEdwards, MD

⑆005598⑆ ⑈121136013⑈: 001 079026⑈

WOMEN'S PRIMARY HEALTH PHYSICIANS
DIABLO VALLEY
Internal Revenue Service

10/28/2003    5598

115.74

Checking    Levy Against Sharon DeEdwards, MD

115.74

6

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

G214818

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NO. | REMITTANCE ADVICE | |
|---|---|---|---|---|---|
| DE EDWARDS, SHARON MD | 67561 | 03/31/05 | 214818 | | |
| INVOICE DATE | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT |
| 05/29/03 | 00218251 03/31/05 307256 | | | .00 | 80.10 |
| 03/02/05 | 00218250 03/31/05 600015 | | | .00 | 624.38 |
| | | | TOTAL: | .00 | 704.48 |

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**CONTRA COSTA COUNTY**
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G214818

Date: 03/31/05      Pay Amount: ********$704.48

Pay  Seven hundred four and 48/100 Dollars

Vendor No: 67561

To The Order Of: DE EDWARDS, SHARON MD
LEVY-DO NOT PAY
LEVY-DO NOT PAY - 00000

VOID SIX MONTHS AFTER DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

*Stephen Ybarra*
Stephen Ybarra
COUNTY AUDITOR - CONTROLLER



CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

G216410

| INVOICE DATE | VENDOR NAME<br>INTERNAL REVENUE SERVICE | VENDOR NO.<br>19584 | CHECK DATE<br>04/05/05 | CHECK NO.<br>216410 | REMITTANCE ADVICE | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | | OUR ORDER NO. | DISCOUNT TAKEN | NET AFTER DISCOUNT | |
| 04/05/05 | DE EDWARDS 680377910 LEVY | | | .00 | 704.48 | |
| | | | TOTAL: | .00 | 704.48 | |

---

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210(8)

Wells Fargo Bank
Main Street
Martinez, CA 94553

Check No.
G216410

Date: 04/05/05    Pay Amount: ***********$704.48

Pay  Seven hundred four and 48/100 Dollars

Vendor No: 19584

To The
Order Of:  INTERNAL REVENUE SERVICE
185 LENNON LANE
WALNUT CREEK, CA 94598

VOID SIX
MONTHS AFTER
DATE OF ISSUE

FROM THE AUDITORS REVOLVING FUND FOR
PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED
IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

*Stephen Ybarra*
Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

523

The Chase Manhattan Bank
Syracuse, NY

50-937
213

UNITED HEALTHCARE INSURANCE COMPANY
TAMPA SERVICE CENTER
P O BOX 30555
SALT LAKE CITY, UT 84130-0555
PHONE: (877) 842-3210

UJ 03015190

DATE: 06/03/05

16-01115-003759-P0-05154-H0-184-CN 110

CONTRACT: 193261

PLEASE PRESENT PROMPTLY FOR PAYMENT

PAY:$*********95.46**

**NINETY FIVE & 46/100 DOLLARS ****************************************************

PAY TO THE ORDER OF

SHARON Y DE EDWARDS
SHARON Y DE EDWARDS MD
UNITED STATES TREASURY
1003 BROAD ST STE 300
JOHNSTOWN PA 15906

AUTHORIZED SIGNATURE

⑈03015190⑈ ⑆021309379⑆ 601⑈8⑈72237⑈ ⑈0000009546⑈

06/22/05 SF,CA
121000358 22
2379 S77 ::::::::::0
1560163237

0213-0540-1
06222005
ENT=4399 TRC=4427 PK=07
2556179901

619

```
UNITED HEALTHCARE INSURANCE COMPANY      Fleet National Bank                        51-44
GREENSBORO SERVICE CENTER                150 Windsor Street                         119
PO BOX 30555                             Hartford, CT 06120
SALT LAKE CITY, UT  84130-0555                                      VI 58127140
PHONE: (800) 875-8307
                                                                    DATE: 06/10/05
J6-00437-001374-P0-05161-I0-420-FX   110
                                                           PLEASE PRESENT PROMPTLY FOR PAYMENT
CONTRACT: 213902
                                                           PAY: $********105.00**
     **ONE HUNDRED FIVE & 00/100 DOLLARS***************************************

  PAY      SHARON Y DE EDWARDS
  TO THE   SHARON Y DE EDWARDS MD
  ORDER OF UNITED STATES TREASURY
           1003 BROAD ST STE 300                          Rott W Otenarder
           JOHNSTOWN PA  15906                            AUTHORIZED SIGNATURE

       ⑈58127140⑈  ⑆011900445⑆:      70666⑈          ⑈00000 10500⑇
```

(Page 2 of 2)

618

| | | |
|---|---|---|
| UNITED HEALTHCARE INSURANCE COMPANY<br>TAMPA SERVICE CENTER<br>P O BOX 740800<br>ATLANTA, GA 30374-0800<br>PHONE: (877) 842-3210 | Fleet National Bank<br>150 Windsor Street<br>Hartford, CT 06120 | 51-44/119<br>**VI 58127150**<br>DATE: 06/10/05 |

J6-00437-001378-P0-05161-30-041-FN    110

CONTRACT: 241750

PLEASE PRESENT PROMPTLY FOR PAYMENT

PAY: $*******153.16**

**ONE HUNDRED FIFTY THREE & 16/100 DOLLARS** ************************************************

PAY TO THE ORDER OF

SHARON Y DE EDWARDS
SHARON Y DE EDWARDS MD
UNITED STATES TREASURY
1003 BROAD ST STE 300
JOHNSTOWN PA 15906

*Rott W Otremarks*
AUTHORIZED SIGNATURE

⑆58127150⑆ ⑉011900445⑉ 70666⑆ ⑆000001531⑆

06/24/05 SF,CA
121000358   22
E1174 S76 :::::::::::0
1460015B01

BANK  UE|05 23
0110  ...  F... 29 P05
47...96963

541

# blue ⛨ of california

November 20, 2006

INTERNAL REVENUE SERVICE
KATHY JAKABCIN
185 LENNON LN WC 0363
WALNUT CREEK, CA 94598-4598

COPY

RE: SHARON DE EDWARDS MD INC
SSN/TIN : 680377910

To Whom It May Concern:

In accordance with a Notice of Levy against the above provider, we are attaching 1 check(s). totaling   $318.94   for application to the provider's indebtedness.
We are notifying the provider of this action by a copy of this letter and remittance advice normally attached to our check.

This levy is being handled by Christy Overmeyer. I can be reached at (530) 669-1721 or by fax at (530) 669-1781.

Sincerely,


Christy Overmeyer
Cash Disbursing
Cash Operations


cc:

SHARON DE EDWARDS MD INC
3903 LONE TREE WAY STE 304
ANTIOCH, CA 94509-6249

754

Blue Shield of California
P.O. Box 769025, Woodland, CA 95776-9025

blueshieldca.com

An Independent Member of the Blue Shield Association

L91025 (8/06)

**Blue Shield of California**
PO Box 76902
Woodland CA 95776-9025

**Blue Shield of California**
An Independent Member of the Blue Shield Association

www.mylifepath.com

Page: 1 of 3

-- 01 000007 06152 B 1 A  14

| | |
|---|---|
| ISSUE DATE: | 11 10 06 |
| EOB NUMBER: | 813612621 |
| PHYSICIAN MEMBER - YES | |
| PROVIDER NUMBER: | 00A446110 |
| CHECK NUMBER: | 020026561 |

SHARON DE EDWARDS MD INC
3903 LONE TREE WAY 304
ANTIOCH, CA 94509-6252

CORRESPONDENCE:
P.O. BOX 272560 CHICO, CA 95927-2560

1 of 3

## EXPLANATION OF BENEFITS
### THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS

1 ENV

| PATIENT NAME / I D NUMBER / GROUP NUMBER | PATIENT ACCOUNT NUMBER / CLAIM NUMBER | DATES OF SERVICE | PROCEDURE NUMBER | UNITS OF SERVICE | BILLED AMOUNT | ALLOWED AMOUNT | CONTRACTUAL ADJUSTMENT AMOUNT | NOTES | DEDUCTIBLE | CO-PAY AMOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIPT DATE: | 11/08/06 | | | | | | | | | | |
| LORENA I MERRILL | 0008413 | 11/03/06 | A4550 | 1 | 20.00 | 0.00 | | 2 | 0.00 | 0.00 | 0.00 |
| J00248111 | 26063131361100 | 11/03/06 | 57505 | 1 | 185.00 | 127.81 | | 3 | 0.00 | 0.00 | 127.81 |
| 0009771000000 | | 11/03/06 | 58120 | 1 | 395.00 | 0.00 | | 4 | 0.00 | 0.00 | 0.00 |
| | | 11/03/06 | 87109 | 1 | 10.00 | 10.00 | | | 0.00 | 0.00 | 10.00 |
| | | 11/03/06 | A6260 | 1 | 35.00 | 0.00 | | 5 | 0.00 | 0.00 | 0.00 |
| TOTALS: | | | | | 645.00 | 137.81 | 507.19 | | 0.00 | 0.00 | 137.81 |

NOTES:

1  USE OUR **NEW** ONLINE BLUECARD TOOLS AT PROVIDER CONNECTION! FIND OUT WHERE TO SEND BLUECARD CLAIMS WITH OUR NEW BLUECARD CLAIMS ROUTING TOOL. SEARCH FOR ELIGIBILITY, BENEFITS AND CLAIMS INFORMATION ON OUR EXPANDED DATABASE FOR BLUE SHIELD, OTHER BLUE PLANS AND FEDERAL EMPLOYEE PROGRAM MEMBERS. IT'S QUICK AND EASY AT WWW.MYLIFEPATH.COM/PROVIDER.

2  THIS PROCEDURE IS INCLUDED WITH PAYMENT FOR ANOTHER PROCEDURE PERFORMED ON THE SAME DAY.

3  CONTRACTING PHYSICIANS AND HEALTH CARE PROVIDERS AGREE TO ACCEPT THE ALLOWABLE AMOUNT AS PAYMENT IN FULL. THE SUBSCRIBER IS RESPONSIBLE ONLY FOR DEDUCTIBLE, CO-PAYMENT AMOUNTS, AND NON-COVERED ITEMS.

4  THIS PROCEDURE IS NOT ALLOWED WHEN BILLED ON THE SAME DATE OF SERVICE WITH THE OTHER PROCEDURES BILLED.

5  TRAYS AND/OR SUPPLIES FOR MINOR SURGICAL PROCEDURES, MODALITIES OR SERVICES OF THIS TYPE ARE INCLUDED IN THE PAYMENT FOR THE PRIMARY PROCEDURE.

CONTINUED...

### THE CHECK BELOW REPRESENTS PAYMENT FOR CLAIMS ITEMIZED ON THIS STATEMENT

**Blue Shield of California**
An Independent Member of the Blue Shield Association

PO Box 769025 • Woodland, CA 95776-9025

PAY TO THE ORDER OF

SHARON DE EDWARDS MD INC
3903 LONE TREE WAY 304
ANTIOCH, CA 94509

Bank of America
Commercial Disbursement Account
Northbrook, IL
STANDARD BUSINESS ACCOUNT 0139
VOID 12 MONTHS FROM ISSUE DATE

70-2328
719

| PROVIDER NO. | CHECK NO. |
|---|---|
| 00A446110 | 020026561 |

| MO | DAY | YEAR | PAY DOLLARS CENTS |
|---|---|---|---|
| 11 | 10 | 06 | $********318.94 |

***********318*DOLLARS*94*CTS*



# blue ⊕ of california

November 30, 2006

INTERNAL REVENUE SERVICE
KATHY JAKABCIN
185 LENNON LN WC 0363
WALNUT CREEK, CA 94598-4598

RE: SHARON DE EDWARDS MD INC
SSN/TIN : 680377910

To Whom It May Concern:

In accordance with a Notice of Levy against the above provider, we are attaching 1 check(s). totaling     $99.38     for application to the provider's indebtedness.

We are notifying the provider of this action by a copy of this letter and remittance advice normally attached to our check.

This levy is being handled by Christy Overmeyer. I can be reached at (530) 669-1721 or by fax at (530) 669-1781.

Sincerely,


Christy Overmeyer
Cash Disbursing
Cash Operations


cc:

SHARON DE EDWARDS MD INC
3903 LONE TREE WAY STE 304
ANTIOCH, CA 94509-6249

752

Blue Shield of California
P.O. Box 769025, Woodland, CA 95776-9025

blueshieldca.com

An Independent Member of the Blue Shield Association    L91025 (8/06)

**Blue Shield of California**
PO Box 769025
Woodland CA 95776-9025

**Blue Shield of California**
An Independent Member of the Blue Shield Association

www.mylifepath.com

Page: 1 of 3

-- 01 000001 09494 A 1 A  14

SHARON DE EDWARDS MD INC
3903 LONE TREE WAY 304
ANTIOCH, CA 94509-6252

ISSUE DATE: 11 21 06
EOB NUMBER: 815626168
PHYSICIAN MEMBER - YES
PROVIDER NUMBER: 00A446110
CHECK NUMBER: 005471242

CORRESPONDENCE:
P.O. BOX 272510 CHICO, CA 95927-2510

1 of 3

# EXPLANATION OF BENEFITS
## THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS

1 ENV

| PATIENT NAME / I.D NUMBER / GROUP NUMBER | PATIENT ACCOUNT NUMBER / CLAIM NUMBER | DATES OF SERVICE | PROCEDURE NUMBER | UNITS OF SERVICE | BILLED AMOUNT | ALLOWED AMOUNT | CONTRACTUAL ADJUSTMENT AMOUNT | NOTES | DEDUCTIBLE | CO-PAY AMOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIPT DATE: | 11/11/06 | | | | | | | | | | |
| PATRICIA A SIMMONS | 0000900 | 11/06/06 | 99396 | 1 | 110.00 | 110.00 | | 1 | 0.00 | 15.00 | 95.00 |
| R59141686 | 26063172759800 | 11/06/06 | Q0091 | 1 | 34.35 | 0.00 | | 2 | 0.00 | 0.00 | 0.00 |
| 0000099000105 | | 11/06/06 | 82270 | 1 | 7.50 | 4.38 | | 3 | 0.00 | 0.00 | 4.38 |
| | | 11/06/06 | 8815090 | 1 | 10.00 | 0.00 | | 4 | 0.00 | 0.00 | 0.00 |
| TOTALS: | | | | | 161.85 | 114.38 | 37.47 | | 0.00 | 15.00 | 99.38 |

NOTES:
1. THIS PROCEDURE HAS BEEN IDENTIFIED AS THE PRIMARY PROCEDURE PERFORMED ON THIS DATE OF SERVICE.
2. PAYMENT FOR THIS PROCEDURE IS INCLUDED WITH PAYMENT FOR ANOTHER PROCEDURE PERFORMED ON THE SAME DAY.
3. CONTRACTING PHYSICIANS AND HEALTH CARE PROVIDERS AGREE TO ACCEPT THE ALLOWABLE AMOUNT AS PAYMENT IN FULL. THE SUBSCRIBER IS RESPONSIBLE ONLY FOR DEDUCTIBLE, CO-PAYMENT AMOUNTS, AND NON-COVERED ITEMS.
4. STATE LAW PERMITS PHYSICIANS TO BILL FOR CYTOLOGIC EXAMS ONLY WHEN THEY ARE PERFORMED BY THE PHYSICIAN OR UNDER THE PHYSICIAN'S DIRECT SUPERVISION.

YOUR CONTRACTUAL ADJUSTMENT IS $37.47.

$15.00 IS THE PATIENT'S COPAYMENT PORTION.

CONTINUED...

## THE CHECK BELOW REPRESENTS PAYMENT FOR CLAIMS ITEMIZED ON THIS STATEMENT

**Blue Shield of California**
An Independent Member of the Blue Shield Association

PO Box 769025• Woodland, CA 95776-9025

PAY TO THE ORDER OF

SHARON DE EDWARDS MD INC
3903 LONE TREE WAY 304
ANTIOCH, CA 94509

Bank of America
San Francisco, California

11-35 / 1210

STANDARD BUSINESS ACCOUNT 0140
VOID 12 MONTHS FROM ISSUE DATE

| PROVIDER NO. | CHECK NO. |
|---|---|
| 00A446110 | 005471242 |

| MO | DAY | YEAR | PAY DOLLARS CENTS |
|---|---|---|---|
| 11 | 21 | 06 | $*********99.38 |

************99*DOLLARS*38*CTS*



⑆005471242⑆  ⑈121000358⑈  14999⑉05500⑉

**BlueCross BlueShield**
**Federal Employee Program**

June 15, 2007

Sharon de Edwards, MD
3903 Lone Tree Way #304
Antioch, Ca 94509

*IRS Levy*

Member Number:   R50288961
Patient Name:    Marvilyne Williams
Claim Number:    26071272004700

Dear Dr. de Edwards,

This is in response to your inquiry concerning services provided by you on 4/26/07, in the amount of $ 155.00.

Our records indicate the claim was processed and notification was sent to your office on 5/8/07. We were unable to make payment because the entire paid amount of $120.16 was intercepted by the IRS.

If you have additional information, which could affect this decision, please forward it to us along with a copy of this letter, and further consideration will be given.

Sincerely,

*LH.*

Latrice H.
FEP Customer Service Representative

798

1-800-824-8839
P.O. Box 272510, Chico, CA 95927-2510

#4430
DOS 12/6/06
$49.61 pd on cpt 586152

Page: 1

## WELLS FARGO

**Image**

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

CONTRA COSTA COUNTY
Stephen Ybarra, County Auditor - Controller
625 Court Street
Martinez, CA 94553
(925) 646-2191

11-24/225
1210248

Wells Fargo Bank
Main Street
Martinez, CA 94553

476572 G422695  Check No.

Date: 12/29/06    Pay Amount: ****$49.61

Pay  Forty nine and 61/100 Dollars

Vendor No: 67561

FROM THE AUDITOR'S REVOLVING FUND FOR PROPERTY, GOODS, RIGHTS OR SERVICES AS ITEMIZED IN PUBLIC VOUCHER ON FILE IN ABOVE OFFICE

VOID SIX
MONTHS AFTER
DATE OF ISSUE

Stephen Ybarra
COUNTY AUDITOR - CONTROLLER

To The Order Of:
DE EDWARDS, SHARON MD
LEVY DO NOT PAY
LEVY DO NOT PAY    00000

⑆8801422695⑆ ⑈121000248⑈ 4225 027614⑆ ⑆00000004961⑆

FOR DEPOSIT ONLY
County Auditor-Controller

**Item Detail**

Amount: $ 49.61
Check Number: 8801422695
Posting Date: 01/16/2007

Account Number: 4225027614
Routing Number: 121000248

© Copyright 2002 - 2007 Wells Fargo. All rights reserved.


774

**BlueCross BlueShield**
**Federal Employee Program**

June 26, 2007

Sharon Y. de Edwards, M.D., F.A.C.O.G.
3903 Lone Tree Way, Ste. 304
Antioch, CA 94509

Member Number:    R51023308
Patient's Name:   Monica Eaton
Date(s) of Service: 05/03/07

Dear Provider,

The claim you recently requested status on has processed or is in process as indicated below:

☐  The service is currently processing on claim number:

☒  The service has processed as follows:

Claim Number:       26071272004600          Check Number:       006031647
Processed Date:     05/10/2007              Deductible Amount:  $
Amount Paid:        $120.16                 Payee:    Sharon de Edwards, M.D., Inc.
Paid on a summary check in the amount of:   $

This payment was held due to a Levy. For questions regarding the hold please contact Christy at 530-669-1721.

We trust this information is helpful.

Sincerely,

David M. Lindsey
Customer Service Representative
Federal Employee Program

NCR



797

1-800-824-8839
P.O. Box 272510, Chico, CA 95927-2510