United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   SHARON DE EDWARDS, M.D., FACOG,          No. C 07-03102 WHA
     INC., and SHARON DE EDWARDS,
11
12              Plaintiffs,
                                             **ORDER RE PLAINTIFFS'**
13     v.                                    **MOTION FOR PRELIMINARY**
                                             **INJUNCTION**
14   INTERNAL REVENUE SERVICE, UNITED
     STATES GOVERNMENT DEPARTMENT
15   OF THE TREASURY, KATHY JAKABCIN,
     JOSEPH SMITH, and DOES 1–50, inclusive,
16
                Defendants.
17   _____/
18          Plaintiffs' motion for a preliminary injunction is **DENIED** for reasons stated by the

19   government in its opposition.  This case will be referred to Magistrate Judge Maria-Elena James

20   for mediation/settlement.

21
22          **IT IS SO ORDERED.**
23
24   Dated:  November 1, 2007.                    _____
25                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
26
27
28