UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 1, 2007

Case No.  C 07-03102 WHA

Title: SHARON DE EDWARDS v. IRS

Plaintiff Attorneys: F. Anthony Edwards

Defense Attorneys: Cynthia Stier

Deputy Clerk:  Dawn Toland

Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Plt's Motion for Preliminary Injunction - Taken Under Submission

2)   

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**