**United States District Court**
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   SHARON DE EDWARDS                          NO. CV 07-03102 WHA

11              Plaintiff,                      **CLERK'S NOTICE RE: FAILURE
         v.                                     TO FILE ELECTRONICALLY
12                                              AND/OR REGISTER AS AN E-
                                                FILER**
13   IRS
                Defendant.
14  _____/

15
16  On 10/15/07, counsel for Plaintiff filed a First Amended Complaint and Supporting Declarations (Docs.
17  8-10) and Motion (Doc. 11)manually, on paper.  This case has been designated for electronic filing,
    pursuant to Local Rule 5-4 and General Order 45.
18
19
20  The above mentioned  paper document has been filed and docketed. However, General Order 45
21  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
    presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff  should submit the First
22
    Amended Complaint and Supporting Declarations (Docs. 8-10) and Motion (Doc. 11), in PDF format
23
    within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email
24
    box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed
25
    there).  Do *not* e-file a document which has been previously filed on paper, as is the case with the above
26
    mentioned filing. All subsequent papers should be e-filed.
27
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: December 19, 2007

Susan Imbriani
Deputy Clerk

*Susan Imbriani*

2