1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   9th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone:  (415) 436-7000
   Fax:        (415) 436-6748
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 SHARON DE EDWARDS, M.D.,          )
                                     )   No. C-07-03102-WHA
12              Plaintiff,           )
                                     )
13       v.                          )
                                     )
14 INTERNAL REVENUE SERVICE,         )   **UNITED STATES' NOTICE OF**
   UNITED STATES GOVERNMENT          )   **SUBSTITUTION**
15 DEPARTMENT OF TREASURY, KATHY     )
   JAKABCIN, Revenue Officer, and JOSEPH )
16 SMITH, Revenue Officer,           )
                                     )
17                                   )
                Defendants.           )
18 _____ )

19      PLEASE TAKE NOTICE THAT, upon the annexed Certification by Joann Swanson, Chief,

20 Civil Division, Office of the United States Attorney for the Northern District of California, U.S.

21 Department of Justice, a duly authorized delegate of the Attorney General of the United States of

22 America, that the individual federal defendants, Kathy Jakabcin and Joseph Smith, were acting

23 within the scope of their employment as employees of the United States at the time of the

24 incidents out of which plaintiff's claims arose, the United States of America, pursuant to the

25 provisions of 28 U.S.C. § 2679(d)(1), as amended by Public Law 100-694, enacted November

26 18, 1988, has been

27 //

28 //

1  substituted as the party defendant in the above-titled action, and the action is dismissed against
2  Kathy Jakabcin and Joseph Smith.

3                                      Respectfully submitted,

5                                      JOSEPH RUSSIONELLO
                                       United States Attorney

7  February 8, 2008                    /s/ Cynthia Stier
                                       CYNTHIA STIER
8                                      Assistant United States Attorney

*United States' Notice of Substitution, Case No. C-07-03102-WHA*    2