1

F. Anthony Edwards SBN 181606
LAW OFFICES OF F. ANTHONY
EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596
Telephone: 925-947-1600
Facsimile:  925-947-1990

2

3

4

5

Attorneys for Plaintiff

6

7            **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**

8

9

10   SHARON DE EDWARDS, M.D., FACOG,
     INC., a corporation, and  SHARON DE
11   EDWARDS, M.D., as President and officer
     of the corporation.
12
                    Plaintiffs,
13
            v.
14
     INTERNAL REVENUE SERVICE,
15   UNITED STATES GOVERNMENT
     DEPARTMENT OF THE TREASURY,
16   KATHY JAKABCIN, JOSEPH SMITH,
     Revenue Officers, and Does I through 50,
17   Inclusive.

18                  Defendants,

19

Case No.: C07-3102-WHA

PLAINTIFF'S SUR REPLY
MEMORANDUM TO MOTION TO
DISMISS

Date:     March 20, 2008
Time:     8:00 a.m.
Place:    Courtroom 9, 19th Floor

20                **PROCEDURAL SUMMARY**

21          Defendant filed its Reply stating that Plaintiff did not follow th Court's order in serving

22   her complaint. From Plaintiff's opposition, it is obvious that her counsel was unaware of the

23   court order, which had been mis-filed. Plaintiff has already served the attorney general and the

24   individual defendants. Therefore, Plaintiff request the Court to deny defendant's motion for

25   dismissal.

26   / / /

27

28   Sur Reply Memorandum to Motion to Dismiss

**LEGAL ARGUMENT**

<u>Plaintiff's alleged ineffective service does not warrant dismissal of her complaint</u>

In *Hunter v. Digital Equipment Corp. (9th Cir. 2005) 136 Fed. Appx. 28,* the court stated that in dismissing for failure to prosecute, five factors must be weigh ed:

1.    Public Interest In Expeditious resolution of Litigation;

2.    Court's need to Manage its Docket;

3.    Risk of Prejudice to Defendant;

4.    Availability of Less Drastic Alternative;

5.    Public Policy Favoring Disposition of Cases on their Merits.

See also, *Yourisk v. California Amplifier (9th Cir. 1999) 191 F. 3d. 983, 990* .

None of the five factors supports dismissal of Plaintiff's complaint for alleged ineffective service. Rather, the factor weigh in Plaintiff's favor.

**CONCLUSION**

For the reasons stated herein, Plaintiff request the Court to deny defendant's motion to dismiss.

Respectfully Submitted,

Dated: February 25, 2008                          _____/S/_____
                                                                 F. Anthony Edwards, Esq.
                                                                 Attorney for Plaintiffs

Sur Reply Memorandum to Motion to Dismiss