```
 1  JOSEPH RUSSONIELLO  (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone:  (415) 436-7017

 7  Attorneys for United States of America
```

|  |  |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| SHARON DE EDWARDS, M.D., | ) | |
| | ) | No.  C-07-3102-WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | **NOTICE OF BANKRUPTCY FILING** |
| UNITED STATES GOVERNMENT | ) | |
| DEPARTMENT OF TREASURY, KATHY | ) | |
| JAKABCIN, JOSEPH SMITH, and Does 1 | ) | |
| through 50, Inclusive, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America notifies the Court that Defendant Sharon De Edwards filed a voluntary bankruptcy petition with the United States Bankruptcy Court for the Northern District of California on March 7, 2008.  The matter was assigned case number 08-41073.  Accordingly, this matter is stayed pursuant to 11 U.S.C. §362.

                                    Respectfully submitted,

                                    JOSEPH RUSSONIELLO
                                    United States Attorney

Date: March 7, 2008               /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney
                                    Tax Division