IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON DE EDWARDS, M.D., FACOG, INC., and SHARON DE EDWARDS,

    Plaintiffs,

  v.

INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT DEPARTMENT OF THE TREASURY, KATHY JAKABCIN, JOSEPH SMITH, and DOES 1–50, inclusive,

    Defendants.

No. C 07-03102 WHA

**ORDER GRANTING STAY**

    In light of the bankruptcy petition filed by plaintiff Sharon De Edwards, this action will be stayed pending further order. Counsel should investigate whether the claim asserted herein belongs to the bankruptcy estate and not plaintiff. Also, counsel might as well research whether service was effected in this case. Please advise when the matter may resume. We will have a case management conference on **SEPTEMBER 18, 2008**, at **11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: March 10, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE