1

F. Anthony Edwards SBN 181606
SEIBEL, FINTA & EDWARDS

2

1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596

3

Telephone: 925-947-1600
Facsimile:  925-947-1990

4

Attorneys for Plaintiff

5

6

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

7

8

9

SHARON DE EDWARDS, M.D.

No.  C-07-0312-WHA

10

Plaintiff,

11

v.

**PLAINTIFF'S VOLUNTARY
DISMISSAL**

12

INTERNAL REVENUE SERVICE, et al

CMC scheduled for:

13

Defendants,

Date:   September 18, 2008
Time:   11:00 a.m.
Place:  Courtroom 9, 19th Floor

14

15

16

COMES NOW PLAINTIFF, by and through her counsel to voluntarily dismiss her

17

complaint in the above-caption action, without prejudice.

18

19

Dated: September 15, 2008       LAW OFFICES OF F. ANTHONY EDWARDS

20

By:_____/S/_____

21

F. Anthony Edwards
Attorney for Plaintiff

22

Sharon de Edwards, M.D., FACOG

23

24

25

26

27

28

Plaintiff' Voluntary Dismissal of Action