F. Anthony Edwards SBN 181606
SEIBEL, FINTA & EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596
Telephone: 925-947-1600
Facsimile: 925-947-1990

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON DE EDWARDS, M.D.<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al<br><br>Defendants, | No. C-07-0312-WHA<br><br>**PLAINTIFF'S CMC STATEMENT**<br><br>Date: September 18, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 9, 19th Floor |

I. PROCEDURAL SUMMARY

Plaintiff has dismissed her complaint in the above-captioned action, without prejudice. Moreover, the identical issue is now pending in Bankruptcy Court in the Northern District of California. It would be inefficient, wasteful and prone to lead to multiplicity of order and result, to allow this case to continue in Federal Court since the matter is likely to be resolved in the Bankruptcy Court, which is now the Court of proper jurisdiction.

II. CONCLUSION

For reasons stated heretofore, Plaintiff respectfully request the Court to cancel its scheduled CMC hearing.

Dated: September 15, 2008        LAW OFFICES OF F. ANTHONY EDWARDS

                                 By:_____/S/_____
                                    F. Anthony Edwards
                                    Attorney for Plaintiff
                                    Sharon de Edwards, M.D., FACOG

Plaintiff's CMC Statement

Plaintiff's CMC Statement                              2