UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 18, 2008

Case No.  C 07-03102 WHA

Title: SHARON DE EDWARDS, M.D. v. IRS

Plaintiff Attorneys: N/A

Defense Attorneys: Cindy Stier

Deputy Clerk:  Dawn Toland                    Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)   _____

Continued to __ for Motion

Continued to __ for Further Case Management Conference

**ORDERED AFTER HEARING:**

Plaintiff has filed a voluntary dismissal, which shall stand.